IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02281-JLK-KLM

STAR RANCH PLAZA, LLC and
STAR RANCH PLAZA ASSOCIATES,

Plaintiffs,

v.

DIPAK GOPAL, individually and d/b/a LONDON CLEANERS,

Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court on the Parties' Joint Stipulated Motion

for Dismissal With Prejudice (Doc. 11), filed June 2, 2008, and the Court, having reviewed the

motion and being fully advised of the premises therein,

ORDERS the Motion GRANTED.  All claims brought in this action by Plaintiffs and

Defendants are hereby DISMISSED with prejudice, each party to bear its own attorney fees and

costs.

DATED this 3rd day of June, 2008.

BY THE COURT:


s/John L. Kane_____
John L. Kane, Senior District Judge
United States District Court